**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **IN THE MATTER OF** | § |
| **IMMIGRATION HABEAS CASES** | § |
| **ASSIGNED TO U.S. DISTRICT JUDGE** | § |
| **FRED BIERY** | § |

**ORDER VACATING
ORDER FOR OMNIBUS ADVISORY**

The Court recently issued an Order for Omnibus Advisory based on the Fifth Circuit's ruling

in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026). The Fifth

Circuit has now vacated that ruling for *en banc* consideration. Given this subsequent Fifth Circuit order,

this Court vacates its Order for Omnibus Advisory in its entirety for all cases identified in Appendix

A, attached to this order.

It is so ORDERED.

SIGNED this 13th day of July, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

**APPENDIX A**

1.  5:25-cv-01286-FB-Zarei v. South Texas ICE Processing Center et al
2.  5:25-cv-01309-FB-Contreras Teo v. Noem et al
3.  5:25-cv-01485-FB-Salazar Crespo v. Noem, et al
4.  5:25-cv-01687-FB-RBF-Gomez Gomez v. Bondi et al
5.  5:25-cv-01698-FB-Despaigne v. Bondi, Attorney General et al
6.  5:25-cv-01760-FB-Selliciano v. Castro et al
7.  5:25-cv-01761-FB-Snetkov v. Noem et al
8.  5:25-cv-01805-FB-Rudaj v. Rodriguez et al
9.  5:25-cv-01900-FB-Morales-Jaimes v. Bondi et al
10. 5:26-cv-00050-FB-Arias v. Warden, South Texas ICE Processing Center et al
11. 5:26-cv-00053-FB-Moran Gonzalez v. Castro et al
12. 5:26-cv-00060-FB-Borge-Tellez v. Castro et al
13. 5:26-cv-00103-FB-Mendez Vasquez v. Castro et al
14. 5:26-cv-00105-FB-Padilla v. Warden of the South Texas ICE Processing Center et al
15. 5:26-cv-00130-FB-Hashmat v. Bondi et al
16. 5:26-cv-00132-FB-Diaz Aguilera v. Karnes County ICE Processing Center et al
17. 5:26-cv-00133-FB-Villegas Avila v. Castro et al
18. 5:26-cv-00164-FB-Rios Uriarte et al
19. 5:26-cv-00228-FB-MOHAMMAD KHALIL v. Noem et al
20. 5:26-cv-00275-FB-Aly v. ICE
21. 5:26-cv-00278-FB-Gelman v. Lyons et al
22. 5:26-cv-00342-FB-Graterol Matos v. Sewell et al
23. 5:26-cv-00352-FB-Hernandez-Benitez v. Bondi et al
24. 5:26-cv-00353-FB-Ghazaryan v. Warden, South Texas Detention Facility et al
25. 5:26-cv-00376-FB-Abdalla v. ICE
26. 5:26-cv-00399-FB-St Louis v. Warden, South Texas ICE Processing Center et al
27. 5:26-cv-00481-FB-Safari v. Bondi et al
28. 5:26-cv-00483-FB-Madloumh v. Bondi et al
29. 5:26-cv-00515-FB-RBF-Sanchez Rodriguez v. Noem et al
30. 5:26-cv-00578-FB-Kuvardin v. Warden, Karnes County Immigration Processing Center et al
31. 5:26-cv-00588-FB-Bonilla Medrano v. McKee et al
32. 5:26-cv-00643-FB-Pilatuna Gualoto v. Bondi et al
33. 5:26-cv-00655-FB-Galdamez Lopez v. Bondi et al
34. 5:26-cv-00715-FB-Tebalan v. Warden, South Texas ICE Processing Center et al
35. 5:26-cv-00719-FB-Fanette Gonzalez v. Ray et al
36. 5:26-cv-00749-FB-Iglesia Mena v. Noem et al
37. 5:26-cv-00756-FB-Mohamed Diab v. Department of Homeland Security et al
38. 5:26-cv-00763-FB-Mila Flores v. Noem et al
39. 5:26-cv-00775-FB-Rumbos-Gutierrez v. Bondi et al
40. 5:26-CV-00787-FB-Blanco Romero et al v. Noem et al

41.    5:26-cv-00809-FB-Aguilera v. U.S. Immigration and Customs Enforcement et al
42.    5:26-cv-00810-FB-Hernandez v. ICE
43.    5:26-cv-00813-FB-Arroliga Rayo v. Bondi et al
44.    5:26-cv-00849-FB-Lopez-Lobo v. Noem et al
45.    5:26-cv-00866-FB-Pena Aguilera v. Warden, South Texas ICE Processing Center et al
46.    5:26-cv-00887-FB-Cortes v. U.S. Immigration and Customs Enforcement et al
47.    5:26-cv-00901-FB-Kumar v. Noem, et al.
48.    5:26-cv-00906-FB-Nute Eduardo v. Vergara et al
49.    5:26-cv-00938-FB-Ardizu Moreno v. Vergara-Lopez et al
50.    5:26-cv-00947-FB-Achankeng v. Warden et al
51.    5:26-cv-00953-FB-Gomez Cabezas v. Noem et al
52.    5:26-cv-00963-FB-Perez-Cabrales v. Thompson et al
53.    5:26-cv-00965-FB-Aguiriano Rivera v. Vergara-Lopez et al
54.    5:26-cv-00977-FB-Flores Martinez v. Noem et al
55.    5:26-cv-01001-FB-Arce-Cruz v. Noem et al
56.    5:26-cv-01008-FB-Walner v. Bondi et al
57.    5:26-cv-01037-FB-HJB-Uwiduhaye v. Thompson, et al
58.    5:26-cv-01053-FB-Lopez Montiel v. Thompson et al
59.    5:26-cv-01059-FB-Hassan v. Bondi et al
60.    5:26-cv-01075-FB-Galeas-Pineda v. Thompson et al
61.    5:26-cv-01095-FB-Caceres Reyes v. ICE
62.    5:26-cv-01103-FB-Torres-Funez v. South Texas ICE Processing Center et al
63.    5:26-cv-01105-FB-Lozada Herrera v. Noem et al
64.    5:26-cv-01125-FB-Thabet v. Cerna et al
65.    5:26-cv-01127-FB-Soza-Ruiz v. EOIR et al
66.    5:26-cv-01139-FB-Gonzalez Carcamo v. Thompson
67.    5:26-cv-01141-FB-Juarez Zuniga v. Bondi et al
68.    5:26-cv-01153-FB-Cordero-Pedraza v. Thompson et al
69.    5:26-cv-01157-FB-Morales-Lopez v. Thompson et al
70.    5:26-cv-01159-FB-Olivares v. Vergara et al
71.    5:26-cv-01162-FB-Riquelme Santamaria v. Warden, South Texas Processing Center et al
72.    5:26-cv-01169-FB-De Avila Torreblanca v. Warden, South Texas ICE Processing Center
73.    5:26-cv-01170-FB-Guerrero v. ICE Immigration and Customs Enforcement et al
74.    5:26-cv-01173-FB-Ortega v. Lopez et al
75.    5:26-cv-01174-FB-Khatri et al v. Department of Homeland Security et al
76.    5:26-cv-01180-FB-Castaneda-Solares v. Warden, Karnes County Immigration Processing
77.    5:26-cv-01185-FB-Guerra-Marichala v. Thompson et al
78.    5:26-cv-01198-FB-Calvario-Flores v. Warden
79.    5:26-cv-01199-FB-Escobar-Gonzalez v. Noem et al
80.    5:26-cv-01206-FB-Bracho-Pena v. Noem et al
81.    5:26-cv-01209-FB-Llovet v. Karnes County Immigration Processing Center et al
82.    5:26-cv-01221-FB-Contreras-Huerta v. Thompson et al
83.    5:26-cv-01253-FB-Ortiz Medrano v. Bondi et al

84.    5:26-cv-01255-FB-Torres Davila v. Warden, South Texas Detention Complex et al
85.    5:26-cv-01289-FB-Perozo Morales v. Lyons et al
86.    5:26-cv-01293-FB-Llaves Ferreiroa v. Warden, South Texas ICE Processing Center et al
87.    5:26-cv-01296-FB-Lopez Alfaro v. U.S. Immigration and Customs Enforcement et al
88.    5:26-cv-01301-FB-Florez Boscan v. U.S. Immigration and Customs Enforcement et al
89.    5:26-cv-01304-FB-Tsan v. Noem et al
90.    5:26-cv-01306-FB-RBF-Yang v. Bondi et al
91.    5:26-cv-01327-FB-Paz-Sampalio v. Vergara-Lopez et al
92.    5:26-cv-01335-FB-Zetina Perez v. Bondi et al
93.    5:26-cv-01351-FB-Nieto-Martinez v. Noem et al
94.    5:26-cv-01367-FB-Medina Morales v. Lyons et al
95.    5:26-cv-01386-FB-Hassan v. Thompson et al
96.    5:26-cv-01389-FB-Guevara Gonzalez v. U.S. Immigration and Customs Enforcement et al
97.    5:26-cv-01394-FB-Chen v. Bondi et al
98.    5:26-cv-01435-FB-Lorenzo Solano v. Vergara-Lopez et al
99.    5:26-cv-01439-FB-Gonzalez Ramirez v. Thompson et al
100.    5:26-cv-01442-FB-Romero Alfaro v. Bondi et al
101.    5:26-cv-01443-FB-Lin v. Noem et al
102.    5:26-cv-01455-FB-Lopez Alvarenga v. DHS et al
103.    5:26-cv-01462-FB-RBF-Safi v. Noem et al
104.    5:26-cv-01491-FB-R.A. v. Thompson et al
105.    5:26-cv-01497-FB-Cinto v. Garland et al
106.    5:26-cv-01499-FB-Guzman Rivera v. Lyons et al
107.    5:26-cv-01500-FB-Carbajal Montejo v. Warden, Karnes County Civil Detention Center et al
108.    5:26-cv-01503-FB-Sanchez-Perez v. Thompson et al
109.    5:26-cv-01527-FB-Esquivel Reyes v. Warden, South Texas ICE Processing Center et al
110.    5:26-cv-01542-FB-Qianglin v. Noem
111.    5:26-cv-01551-FB-Castro Rojas v. ICE et al
112.    5:26-cv-01554-FB-Romero Semmler v. Warden, South Texas ICE Processing Center et al
113.    5:26-cv-01565-FB-Esquijarosa Capote v. Warden, Karnes County Immigration Processing
114.    5:26-cv-01583-FB-Avalos Moreno v. NOEM et al
115.    5:26-cv-01621-FB-Amaya-Vazquez v. Bondi et al
116.    5:26-cv-01650-FB-HJB-Alderbie et al v. Warden, South Texas Detention Facility et al
117.    5:26-cv-01655-FB-Alfonzo Ibarra v. U.S. Immigration and Customs Enforcement et al
118.    5:26-cv-01658-FB-Crespo v. U.S. Immigration & Customs Enforcement et al
119.    5:26-cv-01670-FB-Rodriguez Angulo v. United States Attorney Western District et al
120.    5:26-cv-01689-FB-Hashimi v. Noem et al
121.    5:26-cv-01693-FB-Tovar v. Noem et al
122.    5:26-cv- 01699-FB-Shirzoi v. Warden South Texas Detention Facility et al
123.    5:26-cv-01703-FB-Youssef v. Warden, South Texas ICE Processing Center et al
124.    5:26-cv-01731-FB-Vanegas Giraldo v. Thompson et al
125.    5:26-cv-01737-FB-Georges v. Vergara-Lopez et al
126.    5:26-cv-01745-FB-Gonzalez Ramos v. Vergara et al

-3-

127.  5:26-cv-01756-FB-Salgado Lizcano v. Jose Rodriguez E. Junior et al
128.  5:26-cv-01765-FB-Perez-Parra v. Bondi et al
129.  5:26-cv-01766-FB-Gonzalez-Cordero v. Bondi et al
130.  5:26-cv-01791-FB-Tenorio-Rodriguez v. Bondi et al
131.  5:26-cv-01827-FB-Ramos Ramirez v. BONDI et al
132.  5:26-cv-01839-FB-Gomez Barboza v. Karnes County Immigration Processing Center
133.  5:26-cv-01865-FB-Ponce Perez v. United States Attorney Western District of Texas et al
134.  5:26-cv-01867-FB-Portocarrero v. Warden, Karnes County Processing Center et al
135.  5:26-cv-01873-FB-Perdomo-de Venegas v. Karnes Immigration Processing Center et al
136.  5:26-cv-01875-FB-Zhu v. United States Attorney Western District of Texas, et al
137.  5:26-cv-01899-FB-Momin v. Warden, Karnes County Immigration Processing Center et al
138.  5:26-cv-01910-FB-Oviedo Diaz v. Warden, South Texas ICE Processing Center et al
139.  5:26-cv-01925-FB-Medal Sotelo v. U.S. Department of Homeland Security et al
140.  5:26-cv-01945-FB-Sokhna v. U.S Department of Homeland Security et al
141.  5:26-cv-01949-FB-Barreto Jimenez v. Director, Karnes Immigration Processing Center et al
142.  5:26-cv-01960-FB-Askari v. Bondi et al
143.  5:26-cv-01972-FB-Ngagfor v. Field Office Director, U.S. Immigration and Customs et al
144.  5:26-cv-01979-FB-Idrissou v. Bondi et al
145.  5:26-cv-01981-FB-Mohammadi v. Bondi et al
146.  5:26-cv-01982-FB-Pacheco v. Warden, South Texas ICE Processing Center
147.  5:26-cv-01987-FB-Alvares Paniagua v. Secretary, Dept. Homeland Security et al
148.  5:26-cv-01990-FB-Erzin v. Warden, Karnes County Immigration Processing Center et al
149.  5:26-cv-02007-FB-Muniz v. Rodriguez et al
150.  5:26-cv-02014-FB-Jinxin v. Attorney General of the United States et al
151.  5:26-cv-02015-FB-Ambrocio-Morales v. Bondi et al
152.  5:26-cv-02017-FB-Aguilar Aguilar v. Bondi et al
153.  5:26-cv-02021-FB-Cruz Zavala v. Thompson et al
154.  5:26-cv-02036-FB-Moreno Briceno v. Director, South Texas ICE Processing Center et al
155.  5:26-cv-02038-FB-Toro-Betancourt v. Warden, South Texas ICE Processing Center et al
156.  5:26-cv-02070-FB-Mahidi v. Department of Homeland Security et al
157.  5:26-cv-02073-FB-Grueiro Anuez v. Warden, Karnes Immigration Processing Center et al
158.  5:26-cv-02085-FB-Romero Moncada v. Warden, Karnes Immigration Processing Center
159.  5:26-cv-02094-FB-Lindo Canales v. Warden, Karnes Immigration Processing Center et al
160.  5:26-cv-02113-FB-Cisneros Delgado v. BONDI et al
161.  5:26-cv-02128-FB-Sadeghi v. Warden, South Texas ICE Processing Center et al
162.  5:26-cv-02131-FB-Zuleta Ortega v. Secretary, U.S. Department of Homeland Security
163.  5:26-cv-02144-FB-Amaro v. Warden, South Texas ICE Processing Center et al
164.  5:26-cv-02163-FB-Castillo Villalobos et al v. Immigration & Customs Enforcement
165.  5:26-cv-02176-FB-Carranza Romero v. U.S. Department of Homeland Security et al
166.  5:26-cv-02181-FB-Kebe v. U.S. Department of Homeland Security et al
167.  5:26-cv-02189-FB-Bustos Torres v. Bondi et al
168.  5:26-cv-02193-FB-Theragene v. Vergara et al
169.  5:26-cv-02207-FB-Alvarado Chanchavac v. Warden South Texas Detention Facility

170. 5:26-cv-02217-FB-Perdomo v. Vergara et al
171. 5:26-cv-02246-FB-Zhang v. Warden, Karnes County Immigration Processing Center et al
172. 5:26-cv-02250-FB-Tapia-Cruz v. U.S Department of Homeland Security et al
173. 5:26-cv-02279-FB-Sac Ixmata v. Blance et al
174. 5:26-cv-02290-FB-Rosillo-Rodriguez v. Warden, Karnes Immigration Processing Center
175. 5:26-cv-02299-FB-Linares v. Warden, Karnes County Immigration Processing Center et al
176. 5:26-cv-02317-FB-Sarmiento Sanchez v. Warden, South Texas ICE Processing Center et al
177. 5:26-cv-02319-FB-Sandoval-Santos v. Warden, South Texas Processing Center et al
178. 5:26-cv-02323-FB-Solis Ortiz v. Warden, South Texas ICE Processing Center et al
179. 5:26-cv-02337-FB-Biro Diallo v. Attorney General of the United States et al
180. 5:26-cv-02343-FB-Mendieta-Aguilar v. U.S Department of Homeland Security et al
181. 5:26-cv-02358-FB-Calixto-Martinez v. Warden, Karnes Immigration Processing Center et al
182. 5:26-cv-02363-FB-Ramirez-Acosta v. Lyonsv. Ramirez-Acosta et al
183. 5:26-cv-02371-FB-Nareda-Zunigas v. U.S Department of Homeland Security et al
184. 5:26-cv-02375-FB-Hernandez v. Attorney General of the United States et al
185. 5:26-cv-02412-FB-Lopez Domingo v. Warden, South Texas Processing Center et al
186. 5:26-cv-02413-FB-Mexia Figueroa v. Warden, South Texas Processing Center et al
187. 5:26-cv-02419-FB-Nogueira v. Blanche et al
188. 5:26-cv-02432-FB-Mejia Flores v. Warden, Karnes County Immigration Processing Center
189. 5:26-cv-02433-FB-Fernandez Campos v. Warden, South Texas ICE Processing Center
190. 5:26-cv-02457-FB-Mijares Jimenez v. U.S Department of Homeland Security et al
191. 5:26-cv-02461-FB-Sanchez Abarca v. Attorney General of the United States et al
192. 5:26-cv-02470-FB-Bustillo Manzanares v. Director, Department of Homeland Security et al
193. 5:26-cv-02479-FB-Vokshi v. Attorney General of the United States et al
194. 5:26-cv-02483-FB-Moreno-Alvarez v. U.S Department of Homeland Security et al
195. 5:26-cv-02486-FB-Sharifi v. Bondi et al
196. 5:26-cv-02517-FB-Chacin Prieto v. Warden, Karnes County Processing Center et al
197. 5:26-cv-02521-FB-Moran Gonzalez v. Warden, Dilley Immigration Processing Center et al
198. 5:26-cv-02529-FB-Sho v. Director, Karnes County Immigration Processing Center et al
199. 5:26-cv-02532-FB-Suarez Toribe v. Attorney General of the United States et al
200. 5:26-cv-02537-FB-Paliv v. Blanche et al
201. 5:26-cv-02569-FB-Abdulrahimzai v. U.S Department of Homeland Security et al
202. 5:26-cv-02573-FB-Merlano Gorcira v. Warden, Karnes County Processing Center et al
203. 5:26-cv-02588-FB-Cesin v. Attorney General of the United States et al
204. 5:26-cv-02595-FB-Vitanzo Trochez v. Warden, South Texas Detention Complex et al
205. 5:26-cv-02599-FB-Salama v. Noem et al
206. 5:26-cv-02615-FB-Almeida Suarez v. Mayorkas et al
207. 5:26-cv-02617-FB-Avila Maradiaga v. Warden, Karnes County Processing Center et al
208. 5:26-cv-02618-FB-Pirona v. Garland et al
209. 5:26-cv-02632-FB-Torres Torres v. United States Attorney Western District of Texas et al
210. 5:26-cv-02639-FB-Hrynkevich v. Thompson et al
211. 5:26-cv-02655-FB-Bailon Velazquez v. U.S. Department of Homeland Security et al
212. 5:26-cv-02671-FB-Kesspar v. Warden, Karnes County Immigration Processing Center et al

213.   5:26-cv-02687-FB-Enriquez Alvira et al v. Warden et al
214.   5:26-cv-02702-FB-Mejia-Santos v. Mullin et al
215.   5:26-cv-02703-FB-Urdaneta Martinez v. Warden, South Texas Processing Center et al
216.   5:26-cv-02705-FB-Damsaz v. Mullin, et al.
217.   5:26-cv-02727-FB-Alvarado-Ramon v. Attorney General of the United States et al
218.   5:26-cv-02731-FB-Chau v. Noem et al
219.   5:26-cv-02742-FB-Amaro Garaban v. Field Office Director, ICE San Antonio Texas et al
220.   5:26-cv-02757-FB-Barry v. U.S. Department of Homeland Security et al
221.   5:26-cv-02760-FB-Ortega-Pena v. Blanche et al
222.   5:26-cv-02761-FB-Ghajarloo v. U.S. Department of Homeland Security et al
223.   5:26-cv-02767-FB-Arevalo Arevalo v. Mullin et al
224.   5:26-cv-02781-FB-Martinez-Garcia v. Attorney General of the United States et al
225.   5:26-cv-02785-FB-Saenz v. Attorney General of the United States et al
226.   5:26-cv-02796-FB-Campos Baeza v. Warden, South Texas ICE Processing Center et al
227.   5:26-cv-02798-FB-Bonilla-Gongora v. Warden, South Texas ICE Processing Center et al
228.   5:26-cv-02799-FB-Saberi v. U.S. Immigration and Customs Enforcement et al
229.   5:26-cv-02802-FB-Lopez Gomez v. Garland et al
230.   5:26-cv-02803-FB-Moreno Ocana v. U.S. Department of Homeland Security et al
231.   5:26-cv-02810-FB-Martinez Garay v. Warden, South Texas ICE Processing Center et al
232.   5:26-cv-02863-FB-Montoya Sierra v. Warden, South Texas ICE Processing Center et al
233.   5:26-cv-02867-FB-Mejia Zuniga v. ORTEGA et al
234.   5:26-cv-02869-FB-Garrido-Hernandez v. Warden, Dilley Processing Center et al
235.   5:26-cv-02871-FB-Herrera Figueroa v. South Texas Immigration Processing Center et al
236.   5:26-cv-02872-FB-Perez Pomares v. Warden, South Texas Processing Center et al
237.   5:26-cv-02884-FB-Juarez Zuniga v. Attorney General of the United States et al
238.   5:26-cv-02890-FB-Almendarez v. Lyons et al
239.   5:26-cv-02910-FB-Lopez Perez v. United States Attorney General et al
240.   5:26-cv-02914-FB-Mundo De Prieto v. Rodriguez E. Junior et al
241.   5:26-cv-02955-FB-Kobaissi v. Mullins, et al
242.   5:26-cv-02969-FB-Kunilovskaia v. Warden, Dilley Immigration Processing Center et al
243.   5:26-cv-02982-FB-Guevara Moreno v. Warden, Karnes County Processing Center et al
244.   5:26-cv-02988-FB-Yorwin v. U.S Department of Homeland Security et al
245.   5:26-cv-02998-FB-Alonzo-Lopez v. Warden, South Texas Family Residential Center et al
246.   5:26-cv-03002-FB-Diaz-Santiago v. Attorney General of the United States et al
247.   5:26-cv-03004-FB-Barahona-Ordonez v. Attorney General of the United States et al
248.   5:26-cv-03006-FB-Montoya Villamizar v. Garland et al
249.   5:26-cv-03008-FB-Mohamed Mohamed v. U.S. Immigration and Customs Enforcement et al
250.   5:26-cv-03027-FB-Gonzalez Arias v. Warden, South Texas ICE Processing Center et al
251.   5:26-cv-03053-FB-Rodriguez Rodriguez v. Vergara et al
252.   5:26-cv-03059-FB-Segmen v. U.S. Department of Homeland Security et al
253.   5:26-cv-03060-FB-Escalona Diaz v. Warden, Karnes Immigration Processing Center et al
254.   5:26-cv-03061-FB-Lopez Lopez v. Attorney General of the United States et al
255.   5:26-cv-03064-FB-KGS-Abbke v. Warden of South Texas Detention Facility, et al

256. 5:26-cv-03098-FB-Das v. Department of Homeland Security
257. 5:26-cv-03101-FB-Segura Navanjo v. U.S. Immigration and Customs Enforcement et al
258. 5:26-cv-03108-FB-Ortiz Ortiz v. Director, Dilley Immigration Processing Center et al
259. 5:26-cv-03110-FB-Lopez-Rodriguez v. Bondi et al
260. 5:26-cv-03112-FB-Rengel Rojas v. Warden, South Texas Processing Center et al
261. 5:26-cv-03131-FB-Caceres Orellano v. Attorney General of the United States et al
262. 5:26-cv-03135-FB-Nainani v. Thompson et al
263. 5:26-cv-03152-FB-Kameneva v. Rodriguez Junior et al
264. 5:26-cv-03155-FB-Zarkesh Moghadam v. Warden, South Texas Processing Center, et al
265. 5:26-cv-03163-FB-Sanchez Montalvo v. Warden, South Texas ICE Processing Center et al
266. 5:26-cv-03169-FB-Albarez v. Field Office Director, ICE et al
267. 5:26-cv-03172-FB-Bir v. South Texas Processing Center et al
268. 5:26-cv-03181-FB-Alves v. Mullin et al
269. 5:26-cv-03193-FB-Urdaneta Brito v. Karnes County Immigration Center, et al
270. 5:26-cv-03209-FB-Daw v. Secretary of Homeland Security
271. 5:26-cv-03210-FB-Mwakona Gonzalez v. Warden South Texas Complex, et al
272. 5:26-cv-03211-FB-Velasquez Velasquez v. Blanche et al
273. 5:26-cv-03223-FB-Tocte-Chacha v. Mullin et al
274. 5:26-cv-03227-FB-Gomez Escobar v. Blanche et al
275. 5:26-cv-03232-FB-Garrido Moreno v. Secretary, Department Of Homeland Security et al
276. 5:26-cv-03243-FB-Zelaya Duarte v. Mullin, et al
277. 5:26-cv-03253-FB-Arambula Calamaco v. Lyons et al
278. 5:26-cv-03259-FB-Reyes Lopez v. Director, Immigration and Customs Enforcement et al
279. 5:26-cv-03265-FB-Aguirre Lopez v. Lyons et al
280. 5:26-cv-03269-FB-Camargo Vivas v. Attorney General of the United States et al
281. 5:26-cv-03280-FB-Quintiliani Hernandez v. U.S. Department of Homeland Security et al
282. 5:26-cv-03282-FB-Aguirre-Villalobos v. U.S. Immigration and Customs Enforcement et al
283. 5:26-cv-03294-FB-Ortiz Torrezt v. U.S. Acting Attorney General Todd Blanche et al
284. 5:26-cv-03311-FB-Ramirez Cantos v. Warden, Karnes County Processing Center et al
285. 5:26-cv-03314-FB-Gascon-Penton v. Warden, South Texas Processing Center et al
286. 5:26-cv-03315-FB-Villegas Villegas v. Lyons et al
287. 5:26-cv-03321-FB-Rivera Padron v. Mullin et al
288. 5:26-cv-03333-FB-Castillo Osorio v. Blanche et al
289. 5:26-cv-03345-FB-Nassibah v. Dilley Immigration Processing Center et al
290. 5:26-cv-03346-FB-Montufar Guillen v. Thompson et al
291. 5:26-cv-03355-FB-Torres Iglesias v. Warden of South Texas ICE Processing Center et al
292. 5:26-cv-03361-FB-Noguez Estrada v. Lyons et al
293. 5:26-cv-03381-FB-Adron Garay v. Ortega et al
294. 5:26-cv-03403-FB-Ordonez Martin v. Mullin, et al
295. 5:26-cv-03421-FB-Brown-Velasquez v. Warden, South Texas Processing Center et al
296. 5:26-cv-03426-FB-Lopez Perez v. Facility Director, South Texas Processing Center et al
297. 5:26-cv-03429-FB-Soto Godinez v. Blanche et al
298. 5:26-cv-03431-FB-Clavijo Bohorquez v. Warden, Karnes Processing Center et al

299.  5:26-cv-03439-FB-Tobar Escobar v. U.S. Department of Homeland Security et al
300.  5:26-cv-03441-FB-Toledo v. Attorney General of the United States et al
301.  5:26-cv-03443-FB-Tsaluika v. Thompson et al
302.  5:26-cv-03448-FB-Alvarez Castillo v. U.S. Immigration and Customs Enforcement et al
303.  5:26-cv-03482-FB-KGS-Chen v. Vergara et al
304.  5:26-cv-03491-FB-Mendoza Escamilla v. Mullin et al
305.  5:26-cv-03494-FB-Ordonez v. Warden, Karnes County Immigration Processing Center et al
306.  5:26-cv-03533-FB-Arboleda Castrillon v. Thompson et al
307.  5:26-cv-03547-FB-Rivera Hernandez v. U.S. Immigration and Customs Enforcement et al
308.  5:26-cv-03552-FB-Espaderos Narciso v. Lyons et al
309.  5:26-cv-03558-FB-Reyes Rosano v. U.S. Department of Homeland Security et al
310.  5:26-cv-03559-FB-Alvarados Sias v. Director, Dilley Immigration Processing Center et al
311.  5:26-cv-03560-FB-Palacios Lopez v. U.S. Department of Homeland Security et al
312.  5:26-cv-03562-FB-Cazares Ramirez v. Janecka et al
313.  5:26-cv-03565-FB-Lamoru Azaharez v. Attorney General of the United States et al
314.  5:26-cv-03567-FB-Rodriguez Alvarez v. Director, U.S. Immigration and Customs, et al
315.  5:26-cv-03571-FB-Pacheco Perez v. Attorney General of the United States et al
316.  5:26-cv-03573-FB-Boisson v. Lyons et al
317.  5:26-cv-03589-FB-Bolanos Leon v. Attorney General of the United States et al
318.  5:26-cv-03613-FB-Vilchez-Haro v. Mullins et al
319.  5:26-cv-03619-FB-Lopez-Silva v. Mullin et al
320.  5:26-cv-03631-FB-Covarrubias-Rodriguez v. Attorney General of the United States et al
321.  5:26-cv-03641-FB-Gonzalez-Saucedo v. Thomson et al
322.  5:26-cv-03661-FB-Abrego Esquivel v. Facility Warden et al
323.  5:26-cv-03669-FB-Garcia Ramirez v. Thompson et al
324.  5:26-cv-03675-FB-Pelico-Huox v. Warden, South Texas Processing Center et al
325.  5:26-cv-03679-FB-Enamorado Pineda v. Attorney General of the United States et al
326.  5:26-cv-03685-FB-Velazquez v. Blanche et al
327.  5:26-cv-03687-FB-Perugachi-Campues v. Blanche et al
328.  5:26-cv-03693-FB-Cruz Amaya v. Warden, South Texas ICE Processing Center et al
329.  5:26-cv-03710-FB-Pour Salmani v. Attorney General of the United States et al
330.  5:26-cv-03729-FB-Marquez Alvarez v. Ortega et al
331.  5:26-cv-03734-FB-Hernandez Lara v. Attorney General of the United States et al
332.  5:26-cv-03735-FB-Manzanares v. Attorney General of the United States et al
333.  5:26-cv-03745-FB-Eliecer Noel v. U.S Department of Homeland Security et al
334.  5:26-cv-03747-FB-Rodriguez-Mendoza v. Warden et al
335.  5:26-cv-03754-FB-Garcia-Garcia v. Warden, South Texas Processing Center et al
336.  5:26-cv-03761-FB-Salinas Hernandez v. Warden, Karnes Processing Center et al
337.  5:26-cv-03767-FB-Sanchez v. Lyons et al
338.  5:26-cv-03769-FB-Espinal Maradiaga v. Attorney General of the United States et al
339.  5:26-cv-03772-FB-Pedro-Sebastian et al v. Immigration and Customs Enforcement et al
340.  5:26-cv-03787-FB-Nahim-Rojas v. South Texas Immigration Processing Center et al
341.  5:26-cv-03792-FB-Polanco Wilson v. U.S. Department of Homeland Security et al

342. 5:26-cv-03802-FB-Uzcategui Pino v. Attorney General et al
343. 5:26-cv-03805-FB-Moran Gonzalez v. Karnes County Immigration Processing Center et al
344. 5:26-cv-03807-FB-Lugo Zuniga v. Blanche et al
345. 5:26-cv-03813-FB-Arroyo Hernandez v. Vergara et al
346. 5:26-cv-03819-FB-Ortiz Chavez v. Warden, Karnes Immigration Processing Center et al
347. 5:26-cv-03824-FB-Due v. Pamela Bondi, U.S. Attorney General et al
348. 5:26-cv-03827-FB-Cordero Bautista v. U.S. Immigration and Customs Enforcement et al
349. 5:26-cv-03839-FB-Lopez Alvarez v. Warden of South Texas Ice Processing Center et al
350. 5:26-cv-03869-FB-Yousufzai v. Mullin, et al
351. 5:26-cv-03872-FB-Bravo Lagunes et al v. Vergara et al
352. 5:26-cv-03879-FB-Alvarado Martinez v. Secretary, Department of Homeland Security et al
353. 5:26-cv-03893-FB-Ojeda-Estrada v. Mullin et al
354. 5:26-cv-03907-FB-Andrade Cruz v. Ortega et al
355. 5:26-cv-03928-FB-Iracheta Herrera v. Lyons et al
356. 5:26-cv-03937-FB-Torres Ramirez v. Attorney General et al
357. 5:26-cv-03939-FB-Qing Xhvang v. U.S. Attorney General et al
358. 5:26-cv-03944-FB-Delpino Rivas v. Venturella et al
359. 5:26-cv-03945-FB-Rufino Ladrillero v. Lyons et al
360. 5:26-cv-03948-FB-Llumiguingo Pillago v. U.S Department of Homeland Security et al
361. 5:26-cv-03949-FB-Ramirez Bustamante v. Attorney General of the United States et al
362. 5:26-cv-03958-FB-Quiroz Olvera v. Ortega et al
363. 5:26-cv-03961-FB-Xirum Flores v. Facility Warden
364. 5:26-cv-03969-FB-Aleman Flores v. Warden of South Texas Ice Processing Center et al
365. 5:26-cv-03972-FB-Gonzalez Ruiz v. South Texas ICE Processing Center et al
366. 5:26-cv-03976-FB-Ordaz-Hernandez v. Blanche, et al.
367. 5:26-cv-03979-FB-Caramez Bermudez et al v. Rodriguez et al
368. 5:26-cv-03982-FB-Sandoval Casco v. Attorney General et al
369. 5:26-cv-03983-FB-Quinones Gonzalez v. U.S. Attorney General et al
370. 5:26-cv-03987-FB-Castaneda Zamarripa v. Bondi et al
371. 5:26-cv-03995-FB-Reyes-Galo v. Warden, South Texas Immigration Processing Center et al
372. 5:26-cv-03998-FB-Uwagboe v. Vergara et al
373. 5:26-cv-03999-FB-Reyes-Zamudio v. Vergara et al
374. 5:26-cv-04000-FB-Paguada Velasquez v. Mullin et al
375. 5:26-cv-04004-FB-Salazar v. Venturella et al
376. 5:26-cv-04016-FB-Ortuno Osorio v. Warden, South Texas ICE Processing Center, et al
377. 5:26-cv-04030-FB-Lopez Hernandez v. U.S. Department of Homeland Security et al
378. 5:26-cv-04038-FB-Ramos-Cabrera v. Mullin et al
379. 5:26-cv-04042-FB-Zuniga Zelaya v. Mullin, et al
380. 5:26-cv-04050-FB-Rodriguez Martinez v. Ortega et al
381. 5:26-cv-04053-FB-Montoya v. Ortega et al
382. 5:26-cv-04064-FB-Hosseiny v. Price et al
383. 5:26-cv-04065-FB-Mendieta-George v. Secretary, U.S. Department of Justice et al
384. 5:26-cv-04068-FB-Garcia Fuentes v. Director, T. Don Hutto Processing Center et al

385.  5:26-cv-04083-FB-Guzman Oviedo v. Warden, South Texas Processing Center et al
386.  5:26-cv-04086-FB-Godinez Lara v. Ortega, et al
387.  5:26-cv-04089-FB-Garcia Hernandez v. Attorney General of the United States et al
388.  5:26-cv-04099-FB-Leyva Esparza v. Warden, Karnes County Processing Center et al
389.  5:26-cv-04100-FB-Hernandez Gonzalez v. Warden
390.  5:26-cv-04108-FB-Hidalgo Dimas v. Facility Warden et al
391.  5:26-cv-04110-FB-Lainez Marroquin v. Warden, South Texas Processing Center et al
392.  5:26-cv-04121-FB-Ghezelgechi et al v. Vergara et al
393.  5:26-cv-04130-FB-Landaverde Resendiz v. Vergara et al
394.  5:26-cv-04132-FB-Loachamin Llerena v. Department of Homeland Security et al
395.  5:26-cv-04133-FB-Hernandez Hernandez v. U.S. Attorney General et al
396.  5:26-cv-04140-FB-Argueta Rodas v. Warden, Karnes County Processing Center et al
397.  5:26-cv-04143-FB-Omari v. Mullin et al
398.  5:26-cv-04144-FB-Omari v. Mullin et al
399.  5:26-cv-04155-FB-Guzman v. U.S. Immigration and Customs Enforcement et al
400.  5:26-cv-04169-FB-Chavez Tellez v. Warden et al
401.  5:26-cv-04182-FB-Leal Maldonado v. Thompson, et al
402.  5:26-cv-04194-FB-Ulloa-Guzman v. Immigration and Customs Enforcement et al
403.  5:26-cv-04197-FB-Gonzalez Alvarado v. Lyons et al
404.  5:26-cv-04198-FB-Espinoza Guerrero v. Mullin et al
405.  5:26-cv-04204-FB-Shayxiddinxojaev v. Mullin et al
406.  5:26-cv-04209-FB-Hernandez-Cipriano v. Warden et al
407.  5:26-cv-04211-FB-Mendoza Mejia v. Warden, South Texas Processing Center et al
408.  5:26-cv-04212-FB-Discua-Enamorado v. Vegara et al
409.  5:26-cv-04229-FB-Rivera-Baquedano v. Warden, Karnes County Processing Center, et al.
410.  5:26-cv-04243-FB-Ramos-Guillen v. Blanche et al
411.  5:26-cv-04247-FB-Rojas Ibarra v. Thompson et al
412.  5:26-cv-04259-FB-Ramirez Mendoza v. South Texas Detention Center et al
413.  5:26-cv-04264-FB-Herrera Ibarra v. Mullin et al
414.  5:26-cv-04266-FB-Jimenez-Sanchez v. Warden, et al